UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Angel Martinez,

    Defendant.
-------------------------------------------------------X

1:19-CR-12

ORDER

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail conditions are modified to permit contact with her co-defendants, Nicholas Arboleda and Brittany Martinez, for the purpose of participation in the Young Adult Opportunity Program.

Dated: New York, New York
      December 3, 2019

SO ORDERED:

_____
Ronnie Abrams
United States District Judge