UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- X
UNITED STATES OF AMERICA,

    -v-

ANGEL MARTINEZ,

        Defendant.
---------------------------------------------- X

19 Cr. 12 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/19

RONNIE ABRAMS, District Judge:

In light of Angel Martinez's acceptance into the Young Adult Opportunity Program and his and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to June 3, 2021.

Dated:    December 4, 2019
             New York, New York

RONNIE ABRAMS
United States District Judge