

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 24, 2019

**BY ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

The parties are directed to appear for a status conference on January 3, 2020 at 2:30 p.m.

SO ORDERED:

*[signature]*
HON. VERNON S. BRODERICK  12/26/2019
UNITED STATES DISTRICT JUDGE

      **Re:**  *United States v. Pinkney, et al.*, 19 Cr. 12 (VSB)

Judge Broderick:

      The Government writes respectfully to request an adjournment of the trial in this matter, which is currently scheduled to begin on January 13, 2020, at 9:00 A.M., as well as all deadlines related thereto. As the Court is aware, since this Court set a trial date in this matter, a number of defendants have applied to the Southern District of New York's Young Adult Opportunity Program ("YAOP").

      The Government understands that the application submitted by defendant Shakur Pinder, the sole remaining defendant in this case, is currently under review, but that the YAOP program does not expect to render a decision before mid-January 2020. Therefore, Government respectfully requests that the Court adjourn the current trial date, and all deadlines related thereto, pending the outcome of Mr. Pinder's application, which will also permit continued discussions between the Government and defense counsel regarding a pretrial disposition with respect to Mr. Pinder. The Government has conferred with counsel for Mr. Pinder, who joins in this request.

      The parties further request that the Court set a status conference for the end of January for the parties to appear and advise the Court of the status of Mr. Pinder's application and this case. Finally, with the consent of defense counsel, the Government respectfully requests that time be excluded under the Speedy Trial Act through the date of the next conference.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:  */s/ Jarrod L. Schaeffer*
     Jarrod L. Schaeffer
     Daniel S. Nessim
     Assistant United States Attorneys
     Tel: (212) 637-2270 / 2486