**Law Office of Walter John Thompson**
250 West 57th Street, Suite 1632
New York, NY 10019
(646) 670-1672

March 29, 2019

**VIA EMAIL**

Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J. 4/2/2020
>
> Sentencing in this matter is hereby scheduled for June 2, 2020 at 10:00 a.m.

Re: U.S. v. Pinkney, et al., 1:19-cr-00012-VSB
**Letter Requesting Adjournment of Sentencing**

Your Honor:

    I am writing to respectfully to request an adjournment of the sentencing for defendant Corey Pinkney in the above-captioned case, which is currently scheduled for April 4th, 2020 at 2:30 pm. This adjournment is necessary in light of recent issues that have arisen in connection with the COVID-19 pandemic.

Respectfully submitted,

[signature]
Walter John Thompson
*Attorney for the accused*

CC:  Jarrod Schaeffer
      Assistant United States Attorney
      U.S. Attorney's Office for the Southern District of New York
      One St. Andrew's Plaza
      New York, NY 10007
      Tel:  212-637-2270
      Jarrod.Schaeffer@usdoj.gov

      All defense counsel (VIA EMAIL)