LAW OFFICE OF
# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

March 11, 2021

**By ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 12, 2021

Re: *United States v. Angel Martinez*, 19 Cr. 12 (RA)

Your Honor:

    I represent Angel Martinez in the above-captioned case. I write without objection from the government and Pretrial Services respectfully to request that the Court modify Mr. Martinez's bail to permit him to travel with his family to Miami from March 24-29 to celebrate the opening of the third branch of their restaurant. If permitted, he would travel and stay with family. Mr. Martinez has complied with the terms of his release for over two years.

    I conferred with AUSA Jarrod Schaeffer and Pretrial Services Officer Rena Bolin, and they both inform me that they have no objection to this request. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman

cc: AUSA Jarrod Schaeffer (by ECF)
    Pretrial Services Officer Rena Bolin (by email)
    Angel Martinez (by text)