LAW OFFICE OF
# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

October 21, 2021

**By ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
October 22, 2021

Re: *United States v. Angel Martinez*, 19 Cr. 12 (RA)

Your Honor:

    I represent Angel Martinez in the above-captioned case. I write without objection from the government or Pretrial Services respectfully to request that the Court modify Mr. Martinez's bail to permit him to travel with his girlfriend to Tampa, Florida from October 24 until October 29.

    I conferred with AUSA Jarrod Schaeffer and Pretrial Officer Dayshawn Bostic who inform me that they do not object to this request. In addition, when I spoke with Officer Bolin last month, she told me that Mr. Martinez has been fully compliant with the terms of his deferred prosecution agreement, which continues through April 2022.

    For the forgoing reasons, I respectfully request that the Court endorse this letter to permit Angel Martinez to travel to Florida between October 24 and October 29. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman

cc:   AUSA Jarrod Schaeffer (by ECF)
       Pretrial Services Officer Rena Bolin (by email)
       Angel Martinez (by text)