

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 20, 2022

**By ECF**

Honorable Ronnie Abrams, U.S.D.J.
Honorable Sarah Netburn, U.S.M.J.
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 20, 2022

Re:  *United States v. Angel Martinez*, 19 Cr. 12 (RA)
 *United States v. Nicholas Arboleda*, 19 Cr. 12 (RA)

Dear Judge Abrams and Judge Netburn:

The Government writes respectfully regarding the above defendants, who previously entered into deferred prosecution agreements with the Government. (*See* Dkts. 324, 325.) Pursuant to those agreements, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(2), during the applicable deferred prosecution period, which ended on or about April 29, 2022. (*See* Dkts. 324 at 4, 325 at 4.)

The Government is currently considering its position with respect to the appropriate dispositions in this case, and requires additional time to do so. Accordingly, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), for a period of thirty (30) days, in order to permit the Government additional time to reach determinations regarding dispositions with respect to the above defendants.

The Government has conferred with counsel for Mr. Martinez and Mr. Arboleda, who consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Jarrod L. Schaeffer*
 Daniel S. Nessim
 Jarrod L. Schaeffer
 Assistant United States Attorneys
 Tel: (212) 637-2486 / 2270